

Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
T:  +1 202 637 5600
F:  +1 202 637 5910
www.hoganlovells.com

February 2, 2015

**Via The Electronic Case File (CM/ECF)System**

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re:**   *Woodberry v. Graham, et al.*, Case No. 1:14-cv-04816-AT
         **Unopposed Letter Motion Requesting To Reschedule Telephonic Status Conference To Thursday, February 5 at 3:00 p.m.**

Dear Judge Cott:

Pursuant to the Court's December 8 Scheduling Order, Dkt. 34, the parties are scheduled to have a telephonic status conference on February 4, 2015 at 11:00 a.m. to discuss, *inter alia*, the prospects for settlement and the potential scheduling of a settlement conference, and to set a schedule for expert discovery, if any.  Counsel for Plaintiff John Woodberry has a conflict during that time and requests that the conference be rescheduled.  Counsel for Mr. Woodberry understands that the Court is available on Thursday, February 5 at 3:00 p.m. and respectfully requests that the status conference be rescheduled for that time.  Counsel for Defendants does not oppose this request.

Sincerely,

/s/ Robert B. Wolinsky

Robert B. Wolinsky

Counsel for Plaintiff John Woodberry

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com